May 1, 2012



# JUDGMENT

## The Fourteenth Court of Appeals

IVERY MYERS, Appellant

NO. 14-12-00127-CV               V.

HILDA BROUSSARD, Appellee

_____

Today the Court heard its own motion to dismiss the appeal from the order signed by the court below on February 1, 2012. Having considered the motion and found it meritorious, we order the appeal **DISMISSED**.

We further order that all costs incurred by reason of this appeal be paid by IVERY MYERS.

We further order this decision certified below for observance.